AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ROSALVA PUENTES de la TORRE, on behalf of her minor son, R.A

V.

The CITY OF CHICAGO, Illinois, a municipal corporation and Chicago Police Officers Jose Troche-Vargas #6430, Daniel Rosenthal #2451, Chris Sloniec #5328, Maria Kuc #15413

CASE NUMBER: 18 CV 8334

ASSIGNED JUDGE: BLAKEY

DESIGNATED MAGISTRATE JUDGE: VALDEZ

TO: (Name and address of Defendant)

Daniel Rosenthal #2451
Police Officer
c/o Office of Legal Affairs
Chicago Police Headquarters
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Torreya Hamilton
The Hamilton Law Office, LLC
Suite 452
53 West Jackson Avenue
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_signature_

(By) DEPUTY CLERK



December 20, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/7/18 |
| NAME OF SERVER (PRINT) Leti'ai'a Martinez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Mary Beth Majka, person authorized to receive service, Chicago Police Headquarters, 3510 S Michigan Ave Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/7/19
Date

Signature of Server

Address of Server: 53 W Jackson Blvd, Chicago IL 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.